(80 South. 895)

MARECHAU v. STATE. (1 Div. 291.) (Court of Appeals of Alabama. Nov. 26, 1918.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Arthur Marechau was convicted of a misdemeanor, and he appeals. Affirmed. F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. This appeal is on the record without a bill of exceptions, and the time for

[1] Ante, 195.

filing bill of exceptions has expired. The defendant was tried and convicted in the circuit court of Mobile county for a misdemeanor, the trial being had by the court without a jury. The proceedings as shown by the record appear regular and without error. The judgment is therefore affirmed. Affirmed.